IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK SCOTT,

    Plaintiff,                      No. CIV S-06-0784 MCE DAD P

    vs.

SACRAMENTO SUPERIOR COURT, et al.,

    Defendants.           ORDER

        Plaintiff has requested an extension of time to file a certified application to proceed in forma pauperis pursuant to the court's order filed April 26, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 25, 2006 request for extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to pay the $350.00 filing fee or file a properly completed application to proceed in forma pauperis.

DATED: June 1, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
scot0784.36